UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ASHLEY REID PASCARELLA et al.,

                            Plaintiffs,

         -against-

SANDALS RESORT INTERNATIONAL, LTD., et al.,

                           Defendants.

------------------------------------------------------------------X

19-CV-5243 (AT)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

**SARAH NETBURN, United States Magistrate Judge:**

      Due to a calendaring error, the Court is no longer able to hold the settlement conference previously scheduled for December 5, 2019. The parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, as soon as practicable to reschedule. And, if the parties no longer believe a settlement conference would be productive, they shall so state.

**SO ORDERED.**

                                                                   _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      November 25, 2019
                 New York, New York