UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ASHLEY REID PASCARELLA et al.,

                              **Plaintiffs,**                              19-CV-02543 (AT)(SN)

                      -against-                                        **ORDER**

SANDALS RESORT INTERNATIONAL, LTD., et al.,

                              **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On November 25, 2019, the parties were directed to either contact chambers to reschedule a settlement conference, or state if the parties no longer believe a settlement conference would be productive. If the parties still intend to schedule a settlement conference before the Court, they are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, by Thursday, December 19, 2019. The parties are reminded that settlement conferences must generally be scheduled at least six to eight weeks in advance, and that the Court is likely unable to accommodate last-minute requests for settlement conferences.

**SO ORDERED.**

                                                                              SARAH NETBURN
                                                                              United States Magistrate Judge

DATED:      December 13, 2019
                    New York, New York