**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
ASHLEY REID PASCARELLA and JEFFREY
T. PASCARELLA,

                Plaintiffs,

     -against-

SANDALS RESORT INTERNATIONAL, Ltd.,
SANDAL ROYAL BAHAMIAN SPA RESORT
& OFFSHORE ISLAND, and TRAVEL
IMPRESSIONS, Ltd.,

                Defendants.
-----------------------------------------------------------X



19 **CIVIL** 2543 (AT)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 4, 2020, the joint motion to dismiss TI from the case on the ground of fraudulent joinder is DENIED. SRI and SRB's motions to dismiss for lack of personal jurisdiction are GRANTED. TI's motion to dismiss for failure to state a claim is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
         March 5, 2020

                                      **RUBY J. KRAJICK**

                                      _____
                                      **Clerk of Court**
           **BY:**
                                      _____
                                      **Deputy Clerk**